UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN PINEDA CRUZ,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>Respondents. | No.  1:26-cv-02478-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS<br><br>(Doc. Nos. 19, 23) |

Petitioner Agustin Pineda Cruz is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 23.)  Specifically, the magistrate judge found that petitioner is not subject to detention pursuant to 8 U.S.C. § 1225(b) and is accordingly entitled to release.  (*Id.* at 2.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 2–3.)  On April 15, 2026, respondents filed their objections to the pending findings and recommendations.  (Doc. No. 24.)

Respondents' objections are primarily comprised of a single sentence stating that they object to

1

the findings and recommendations based on the same arguments raised in their previous briefing. (*Id.* at 1.) This does not provide a basis upon which to reject the pending findings and recommendations. Respondents also object to the magistrate judge's recommendation that petitioner be provided a pre-detention hearing prior to re-detention, but do not provide any authority to support their contention that this is inappropriate relief for the detention of petitioner in violation of the INA. (*Id.* at 1–2.) Accordingly, this also does not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on April 9, 2026 (Doc. No. 23) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Agustin Pineda Cruz, A# unknown by the court, from respondents' custody;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, with the burden at that hearing being set in accordance with 8 U.S.C. § 1226(a);

3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility;

/////

/////

/////

/////

/////

2

4.    Respondents' motion to dismiss (Doc. No. 19) is DENIED; and

5.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 22, 2026**                    _Dale A. Drozd_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3